748

*Austin H. Forkner* and *John Wattawa* for petitioners. *Mr. James Ward Rector* for respondent.

No. 883. FULLARD-LEO ET AL. *v.* UNITED STATES. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. A. G. M. Robertson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson, Roger P. Marquis,* and *Valentine Brookes* for the United States.

No. 896. TEXAS LAND & MORTGAGE Co. *v.* MULLICAN. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. E. L. Klett* and *Charles L. Black* for petitioner. *Mr. C. C. Crenshaw* for respondent.

No. 906. COVER *v.* SCHWARTZ, DOING BUSINESS AS HYGEIA RESPIRATOR Co. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joshua R. H. Potts* and *Eugene Vincent Clarke* for petitioner. *Nathan Schwartz, pro se.*

No. 911. TENNESSEE EX REL. SHERMAN ET AL. *v.* HYMAN, DEAN OF THE UNIVERSITY OF TENNESSEE COLLEGE OF MEDICINE, ET AL. May 10, 1943. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. A. L. Heiskell* for petitioners. *Messrs. Nat Tipton* and *Wassell Randolph* for respondents.